IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiff, )<br>    )<br>v.    )<br>    )<br>JOHN MAYDEN, )<br>    )<br>    Defendants. ) | <br><br><br><br><br><br><br><br>Case No. 09-cv-1020-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court for the purpose of docket control.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated April 14, 2010, judgment is entered in favor of the plaintiff, **UNITED STATES OF AMERICA**, and against the defendant, **JOHN MAYDEN**, in the amount of $3,817.12 (total as of July 21, 2009), plus interest at the rate of 10% from July 21, 2009, to April 14, 2010, court costs in the amount of $350.00 and future costs and interest.  Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. §1961(a), shall be computed daily and shall be compounded annually until this judgment is satisfied in full.-------------------------------------------------

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:      /s/*Sandy Pannier*
                Deputy Clerk

Dated: April 14, 2010


APPROVED:  /s/ *DavidRHerndon*
          CHIEF JUDGE
          U. S. DISTRICT COURT